

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00745-CV

Jennifer A. **LEMMER** and Andrew J. Luck,
Appellants

v.

**SAN FRANCISCO FEDERAL CREDIT UNION**; TK Credit Recovery; Smith &
Associates; Eric Llewellyn Kaasa, individually and as president of TK Credit Recovery;
and Bret A. Yaple, individually and as legal counsel of TK Credit Recovery,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07292
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez

On May 11, 2019, appellants filed a motion for extension of time to file their brief. On May 15, 2019, appellants filed a first amended motion for extension of time to file their brief. Appellants' initial motion and their first amended motion both requested an extension to June 11, 2019.

On May 16, 2019, we granted appellants' initial motion and extended the time for appellants to file their brief to on or before June 11, 2019. Thus, we have already granted appellants the relief requested in their first amended motion. Accordingly, appellants' first amended motion for an extension of time to file their brief is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court